CONSTANCE GOODWIN, as Administratrix of the Estate of ALEXANDER GOODWIN, Deceased, Appellant, *v.* LAMPORT & HOLT, LTD., et al., Respondents.

*Negligence — master and servant — workman on vessel asphyxiated by gas used in fumigation — sufficiency of warning.*

*Goodwin* v. *Lamport & Holt, Ltd.,* 204 App. Div. 888, affirmed.
(Argued May 7, 1923; decided May 29, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 24, 1923, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants. Intestate, an employee of defendant Atlantic Basin Iron Works, Inc., had been repairing boilers on a steamship belonging to defendant Lamport & Holt, Ltd. At the noon hour while he was sitting with other workmen on deck his foreman warned the workmen not to go below decks as the vessel was being fumigated but to go aft and work on the winches. The fumigation was performed by state employees. Shortly after its completion intestate was found below decks dead having been asphyxiated by the gas used in fumigation.

*Sidney R. Fleisher* for appellant.

*William Paul Allen* and *Samuel C. Coleman* for Lamport & Holt, Ltd., respondent.

*Alfred T. Tompkins* and *J. Arthur Hilton* for Atlantic Basin Iron Works, Inc., respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ. Dissenting: CRANE, J.